AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Deena Klacko, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> Diamond Foods, Inc., a California corporation, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 9:14-cv-80005 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Diamond Foods, Inc.
Stephen Kim (Registered Agent)
600 Montgomery Street, 13th Floor
San Francisco, California 94111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Howard W. Rubinstein
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.
1615 Forum Place, Suite 4C
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                          _____
*Signature of Clerk or Deputy Clerk*