UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:14-cv-80005-BB

| | |
|---|---|
| DEENA KLACKO, individually and on behalf of all others similarly situated, : : : | |
| Plaintiff, : | |
| : | Class Action |
| v. : | |
| : | |
| DIAMOND FOODS, INC., a California Corporation, : : | |
| : | |
| Defendant. : | |
| : | |
| : | |

FILED BY _____ D.C.
JUL 06 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION OF DAWN WEAVER TO WITHDRAW HER OBJECTION TO CLASS ACTION SETTLEMENT

I, Dawn Weaver, respectfully move to withdraw my Objection (Docket No. 60) to the class action settlement herein and request a Court order reflecting such withdrawal. In support of my motion, I state as follows:

1. On June 22, 2015, I filed the Objection in good faith;

2. On June 30, 2015, Plaintiff's counsel and I engaged in substantive discussions regarding the Objection;

3. As a result of these discussions regarding the Objection, my questions and concerns about the settlement of this action have been resolved, and I believe the settlement is fair and reasonable; and

1

4. As such, I no longer wish to pursue my Objection to the class action settlement (Docket No. 60).

WHEREFORE, I request that the Court enter an order reflecting the withdrawal of my Objection (Docket No. 60).

Dated: June 30, 2015

Dawn Weaver
208 Via Morella
Encinitas, CA 92024
(858) 829-3659
Email: weavdm@gmail.com

2

Copies to:

**Class Counsel**
Benjamin M. Lopatin, Esq.
The Law Offices of
Howard W. Rubenstein, P.A.
One Embarcadero Center, Suite 500
San Francisco, CA 94111

Anthony J. Orshansky, Esq.
Justin Kachadoorian, Esq.
CounselOne, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, CA 90210

**Defendant's Counsel**
Amanda L. Groves, Esq.
Sean D. Meenan, Esq.
Winston & Strawn LLP
101 California Street, 35th Floor
San Francisco, CA 94111

L. DeWayne Layfield, Esq.
Law Office of L. DeWayne Layfield, PLLC
P.O. Box 3829
Beaumont, TX 77704

Joanna C. Wade, Esq.
Winston & Strawn LLP
100 North Tryon Street, 29th Floor
Charlotte, NC 28202